UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   TRENTON GORDON )
) CASE NO. 17-32178-DHW-13
   Debtor(s). )

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND SECTION 1301 CODEBTOR STAY

Now Comes the Movant, NICHOLAS FINANCIAL, INC., a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Motion for Relief from the Automatic Stay, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334, as referred under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter statute. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Bankruptcy Rule 9014.

2. Movant is precluded by the force and effect of paragraph (4) and (5) of Section 362(a) of the Bankruptcy Code from enforcing Movant's lien against property of the estate and property of the Debtor(s).

3. The Debtor is indebted to the Movant in the sum of $16,808.36 plus interest at the contract rate until paid.

4. The consideration was an obligation for the sum and on the date shown on the security agreement attached to the Proof of Claim filed herein by the Movant.

5. There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden by applicable law.

6. Pursuant to said obligation, the Movant has a security interest in goods as follows: 2013

NISSAN MAXIMA. The value of the property in which the Movant has a security interest is approximately less than the amount of the debt.

7. The Debtor does not have equity in said property and it is not necessary for an effective reorganization. Movant is and will continue to suffer irreparable harm from continuation of the 11 U.S.C. Section 362 automatic stay.

8. Under the terms of the Debtors' plan, the Debtor failed to make a provision for the secured debt. The debtor is due and delinquent for the JUNE 18, 2017 through AUGUST 18, 2017 payments in the amount of $1,429.19 plus the fees and costs of this motion. The Debtor(s) failure to pay constitutes a material default.

9. Said obligation to this movant is secured by the codebtor, SAMMY LEE GORDON shown on the contract. Accordingly, to the extent that the plan fails to pay in full the claim of movant, including contractual interest on the amount of movant's allowed unsecured claim over the duration of the plan, movant is entitled to relief from Section 1301 Codebtor stay to the extent necessary to collect the unpaid portion of its claim.

WHEREFORE, Movant moves for an Order granting relief from the Section 362 Stay and for an Order barring the Debtors' right of redemption and in addition, the Movant prays for an Order granting relief from the Section 1301 Codebtor Stay, along with such further relief which the Court may deem proper.

NICHOLAS FINANCIAL, INC.

*/s/ Leonard N. Math*
By: Leonard N. Math

2

Case 17-32178   Doc 23   Filed 08/23/17   Entered 08/23/17 15:39:55   Desc Main
Document      Page 2 of 3

Of Counsel:
Chambless ❖ Math, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on August 23, 2017.

Manner of Service

x     by electronic notice

SABRINA L. MCKINNEY
CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY AL 36101
trustees_office@ch13mdal.com

JOSHUA C. MILAM
SHINBAUM & CAMPBELL
566 S. PERRY STREET
MONTGOMERY AL 36104
jmilam@smclegal.com

x     depositing a copy thereof in the United States mail postage prepaid:

TRENTON GORDON
171 MALLARD STREET
TYLER AL 36785

SAMMY LEE GORDON
171 MALLARD STREET
TYLER AL 36785

                                               */s/ Leonard N. Math*
                                               Chambless Math ❖ Carr, P.C.