UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17−32178
 Chapter 13
Trenton Gordon,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 18, 2017 at 09:15 AM

to consider and act upon the following:

*23* − Motion for Relief from Stay . Fee Amount $181, in addition to Motion for Relief from Co−Debtor Stay, SAMMY LEE GORDON, filed by Leonard N. Math on behalf of NICHOLAS FINANCIAL, INC.. (Attachments: # 1 Exhibit) (Math, Leonard).

The automatic stay shall remain in effect until final disposition of this motion.

Dated August 24, 2017

*[signature: Juan-Carl Guerro]*

Juan−Carlos Guerrero
Clerk of Court